■ In the Matter of MARTIN SHULMAN, Respondent, v. ELCO CONSTRUCTION CORP., Judgment Debtor, and LYCEE FRANCAIS DE NEW YORK, Appellant.— Resettled order, entered October 23, 1959, adjudging the third-party appellant in contempt and imposing a fine of $3,410.51, unanimously reversed, on the law, on the facts and in the exercise of discretion, and the matter remitted to Special Term for proceedings not inconsistent herewith, with costs to abide the event. The third-party subpœna herein, dated June 3, 1958, was served on June 4, 1958. The existence on June 4, 1958 of the construction contract between the third-party appellant and the judgment debtor and the indebtedness thereunder of the former involved factual issues resolved by the Official Referee in favor of the appellant. It appears from respondent's affidavit in support of his motion to disaffirm the Referee's report that minutes of the hearing were taken but the submission of a transcript thereof with the report was waived. Where, however, the findings of fact of the Referee are disputed, Special Term may not make an order on the report without having before it " the testimony in some form or agreement by the parties as to its substance sufficient to permit the court to pass upon a challenge made to the sufficiency of the evidence." (*Aron* v. *Aron,* 280 N. Y. 328, 330; see, also, *Matter of Tillman,* 232 App. Div. 575.) Concur— Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between ALBERT RONCEY, Respondent, and ROBERT FRENKEL, Appellant.— Order, entered on August 2, 1960, compelling arbitration between the parties, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JOSEPH R. WOLFSON et al., Respondents, v. ARNOLD A. MANDELL et al., Appellants.— Order, entered July 19, 1960, granting the motion of plaintiffs-respondents for the examination before trial of the defendants-appellants and denying the cross motion of the defendants-appellants for the examination before trial of the plaintiffs-respondents, unanimously modified, on the law, on the facts and in the exercise of discretion, without costs, to the extent of granting the cross motion, and, as so modified, the order is affirmed. In view of the joinder of issue, we view the motion of plaintiffs-respondents for an examination as if made after answer. The examination of the plaintiffs shall follow that of the defendants. Settle order on notice. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ DE LONG CORPORATION, Respondent, v. MORRISON-KNUDSEN COMPANY, INC., Appellant, et al., Defendant.— Order, entered May 13, 1960, granting plaintiff's motion to vacate the dismissal of the complaint for lack of prosecution, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.